Can I please have support for that? You want to bring that microphone down to your level so we can hear you? Is that better? I'm Anna Tolan. I represent Mr. Frank Philips on appeal in this case. And I would like to reserve five minutes for rebuttal. I'd like to spend a few minutes on each of the primary issues in this matter, starting with the denial of a mistrial at the district court level. In this case, an armed man with what was believed to be a grenade was shot in the courthouse lobby in Seattle shortly after Mr. Philips' trial had begun, and the incident saturated the local news media. Contrary to the government's assertions that the jurors were not exposed to the incident, they were forced to flee the courthouse, ordered to run down the street by police while they watched police with armed men. Why would it matter to this fellow's case? I mean, that was a very violent incident, and I'm sure it made the trial a much more memorable event for the jurors. But this fellow is not even accused of ever doing anything violent or with bombs or terrorizing a courthouse. It's just a money crime. It seems pretty easy to sort it out. And when the judge asked them about it, basically they said they could sort it out. Your Honor, I can understand why one might take that position. But the reality is that someone who's never gone through such a traumatic experience may not be able to appreciate the emotional impact. So you think none of those jurors can ever be fair jurors again? I'm not saying none of the jurors could ever be fair. What I am saying is there is a real probability that some, even if it was just one of those jurors, may not have been able to be fair, may have been directly impacted. And what they were asked. I'm sorry? They were asked. They were asked, but I do take objection to the proceeding. If somebody had said, oh, I'm too upset, I just don't think I can be fair in a criminal case, that would be a whole different story. Absolutely. And the reality is that in this case, the jurors were asked in an open setting a procedure. Counsel, whenever I hear anybody say the reality or the facts are, in my mind it means I think, because that's all it means, right? Okay. I apologize for that. The fact is that the jurors were questioned in this open setting, and the courts have held that that is not the type of procedure that normally is likely to explicit the kind of responses that we want when we're dealing with sensitive situations. I remember when we'd have the jurors go to the ante room and when we'd do it in public. And basically, if it was something that might be personally embarrassing, we'd take them into the ante room. Like, have any of you had incidents in your personal life that might affect your ability to be fair in this case? Just raise your hand, we'll talk about it in the ante room so you don't have to tell the whole world about it. But this one, it was a public incident. Everybody knew all about it. I don't see why they'd have to do it individually. Even in pretrial publicity cases, though, Your Honor, where it's not necessarily a personal issue, courts have held that pretrial publicity cases. But that's because if one juror is tainted and the others aren't, you don't want the questioning to taint the others. And in this case, though, we have a juror that was specifically interviewed and contacted, had contact with the media repeatedly. And when the judge asked in open court if there had been any such questions of any of the jurors about the incident, if there were any problems, she failed to even respond, which is an example of why that procedure was not the proper process to follow. That for the judge to deny a mistrial when such a difficulty, a difficult and disturbing incident took place without talking to each of those jurors individually. Now, wait. When was the – what was the error? What did the district court do wrong and when with respect to that juror? The district court was aware that some of the jurors were pictured on the newspaper. She was aware that there was substantial media. In fact, the media that's provided to you in the record shows that one of the jurors was explicitly named as being interviewed and contacted by the media. The judge never asked the jurors who were photographed to come and speak with her to see if they had any issues, if their family had contacted them. She did ask that in open court, but no one responded, not even the juror who had, in fact, spoken to the media. This was – the speaking to the media happened while they were out on the – Presumably, yes. Yes. That would be correct based on the timing of the stories that were issued, that they were speaking to people as they were fleeing the courthouse and the fact that the photographs occurred as they were coming out. And when trials start – they selected the jury in the morning, I believe. I wasn't there. I still don't get how it affects anything in this fellow's case. I mean, all sorts of disturbing things happen, both generally to the public and to individuals. Like an individual could just learn that a child's marriage has problems or a spouse has a health problem. That's disturbing. Or they could learn about the English train bombing. But on Philip's case, I don't get why it matters. It is disturbing, Your Honor. And those kinds of incidents can affect a juror's ability to pay attention, to be fair, to be impartial. It may taint their view of defendants in criminal cases. There's a number of reasons, and we can only speculate because there was not a thorough examination. Okay. But I'm still trying to understand. There was a – they were photographed in the newspaper the next day? They were – I believe the photographs took place when they were leaving the day. They were – No, but they appeared in the newspaper. The next morning. The morning the judge had – judge indicated. I mean, there are always cameras going off when you would – if there's a fire drill, there are going to be cameras going off. Right. The morning that court resumed, because the courthouse was closed for the rest of the afternoon, the jury was brought in. The judge acknowledged that that jurors had been on the front page of the PI that morning. And so what request was made that they be interviewed separately? Defense counsel did not make a special request for that. So the error was what? The district court not sua sponte, calling them in separately and questioning them? And then what issue would we have on appeal? That the district court questioned them separately when nobody asked them to. I think that the reality is the court has to look at the entire circumstances in this kind of a case. And I can only speculate why defense counsel didn't ask for further inquiry. But the fact remains that they did not. It also is true that the court is the one that bears the responsibility of ensuring the impartiality of the jury and knowing, the court knowing that those jurors were on the front page of the newspaper and presumably reading the interview. Counsel, if defense counsel did not ask the court to conduct an individual examination of each juror, what is the scope of our review of that claim? Is it a clear error? Your Honor, I believe you still have to look at the court's, the district judge's actions as an issue of discretion. And in light of that, to look at whether there is a possibility that any juror was impartial. And in this case, I believe that the evidence supports that. There's no guarantee that the court's procedure did not guarantee that we don't have a partial error. It's an abuse of discretion standard, not clear error. Yes. I just don't see how you could do that. You'd have the same thing if the district court had called them in separately and no one asked. You could have had an objection that this should have been done in open court. You know, I, I, I, I, you could raise it on appeal, but it should have been done in open court. I don't see how. And we would have to be, it has to be plain error for the, it has to be a plain error standard. And the issue is if, if the, if the judge had taken folks into chambers, which occurred in one of the other cases that was cited, we would have that information to know whether then her determination was reasonable. My argument here today is that the judge's decision to not make any further inquiry despite knowing what publicity was there and despite the juror's involvement in that media frenzy and making only a limited general inquiry was not sufficient. Unless there's further questions, I'd like to move on to the ineffective side. I'd like to ask you something about the amount of loss. You suggested or each side suggested various measures. I really didn't see the price that Phillips sold the stolen software at as fair market value or as you called it gray market. It seemed like black market. It's like selling something out of the trunk of a car and saying it fell off the truck. You're selling stolen goods at stolen goods prices. But it looked to me as though it was intrinsically hard to figure out exactly how to price it and valuing it. If I've got this right, and you're going to educate me if I don't, this software sells for various prices wholesale from Microsoft to others. Top price is maybe $4,000. They used a price around $3,000, fairly typical wholesale price, and got to the $700,000 valuation. And even if the judge was off a fair amount, it would still be over $500,000, so you get the same guideline level. So I couldn't see what was really reversible ever about the number. The reality is that the number used was the $3,179. That was the number. I think that's what I just said. Yes. And we don't know what the actual wholesale value was because there was no evidence of what the wholesale value was. Microsoft is a distributor. I thought there was evidence about what it was and that the wholesale value varies. No. The only evidence, to my knowledge in the record, was a statement in the probation report that concluding, the probation presentence report writer concluded that the distribution price was the wholesale price. Well, I didn't see that as having been challenged with some other distribution price. As I understand it, the argument was whether or not it should be the price that it    So the problem is that we can't determine the price for each one of these, I don't know, software applications, which is like six. I think I understand the complication that you're both getting at, which is that defense counsel was focusing his argument on that it should either be the actual cost of $6.11. Right. Or on the amount received since the other amount was too difficult to determine. But still, it remains. Distribution price is wholesale price. Yeah. I don't believe that's accurate. I don't believe there's sufficient evidence of. What the words mean is what we sell it for to retailers. But the reality in this case is if we look at how Microsoft sells and licenses its software, they do not sell it directly. Right. They provide it to other distributors who sell it. But the distributor takes title and runs the risk of selling it to a retailer. The price which the distributor pays is what Microsoft gets. The distribution price is the wholesale price that cardiologists indicate. Isn't that right? But we don't have any evidence that Microsoft ever actually received this because the process that Microsoft actually. I thought you did. I thought you just said that the pre-sentence report said the distribution price is $3,100. But I believe that that was. Excuse me. I'm sorry. I didn't mean to. Where was that challenged as the wrong figure, that there was some other figure that should have been used as the wholesale price? There was an objection. There was an objection. Yes. Yes. That puts the burden of proof on the government to prove it's more likely than not that Microsoft had this price. What evidence did the United States of America introduce at that point? Not somebody's comment, but what evidence did the United States introduce to show that the price was $3,197? The only evidence that they showed was this chart stating summarily that it was a distribution value and that then the testimony at trial, there was evidence that the company's store cost of $250 was typically 10 percent of the retail cost, which suggests that it could be a completely different number. In the case that. Go over that again. The $250 is what? I'm sorry? There was some evidence in the trial the $250 was what? That $250, which is what the item sold in the company's store for, that that amount was typically 10 percent of the retail value of the software, which would suggest that $250. And that was typically 10 percent of the retail price? According to the procurement manager at Microsoft, that was her testimony. Ms. Peggy Nicklin testified to that at page 509. Well, that would mean that the retail price was less than the distribution price. That's all. But the retail price, as was shown briefly by defense counsel in sentencing at the time of sentencing, was new copies were going for only $1,000 at that point. It's very possible that certain retail markets. Wait a minute. You moved into another topic, new copies going for 1,000. But I want to back up to the $2,500 for a minute. Is that the letter that the judge disallowed basically because he thought Phillips had forged it? No, no, no. This is testimony during trial of the procurement manager for the company store, Peggy Nicklin, who is an employee of Microsoft, testified that the company store cost of this particular software was $250. And those prices were typically derived by determining 10 percent of the retail value. So she was inferring that it would be $2,500. That it would retail for $2,500. Correct. Because company employees could get it for $250. And the evidence of an actual price at which the goods were sold was $250 from her. What we have here are sort of wildly different accounts of what the possible retail value is. And given that those numbers vary and given that from others. I don't see why I should care about retail value. It seems like wholesale is what matters to me. But if the retail value is $2,500, they're certainly not wholesaling this product for $3,179. And so it raises the question, what is their actual wholesale value? And there's no evidence that's been reliable that was submitted to that effect. In the, I believe it's the Cordiello case. What is the product that they're wholesaling? I'm sorry? What is the product that they're wholesaling, as you understand it? The software. It's the license to create the software. License to create the software. Create the disk and sell the disk or allow somebody to download the software license. Sometimes they're packaging disks. Some organizations will get one disk with a certain number of user licenses. So there's a number of ways and a number of different pricing structures that Microsoft uses, which wasn't really brought out very well in the sentencing here. And in the Cordiello case, I might just add, they had a clear understanding of what the actual money to Microsoft was, because they had one of their large customers, Staples, testify what they paid them. That $1,000, the only evidence I remember of $1,000 was what the thief sold it for. Was there any other? The $1,000 was the money that was alleged to have been received by Mr. Phillips. There was also, at the time of sentencing, printouts from Amazon showing new versions, new package versions of the software were selling for $949. Right. Now, what does Amazon pay for the right to distribute those? I have no idea. Well, that's what the wholesale price would be. The people who know the answers to these questions are Microsoft. Or could come from liquidators. I mean, sometimes. Correct. A manufacturer sells for a large sum, and then something supersedes it, it becomes obsolete or not as attractive, and liquidators resell it for a smaller sum than was paid for it. Correct. And Microsoft has acknowledged in other cases that it will sell software for different amounts to different people. What we don't have here is any reliable figure of an average wholesale price that they receive for this software that is, would be enough confidence to justify the kind of loss amount and restitution award. Would you point out to me, perhaps in rebuttal, where in the record that objection was made, that that is not reliable evidence, so that the government could have had the opportunity to put on reliable evidence? That's what I'm not seeing. I will do that for rebuttal. Okay. Thank you. Please report. My name is Marlon Storm. I'm an assistant U.S. attorney for the Western District of Washington, and I was trial counsel in this case. The acoustics in this room are not great, so speak clearly. I'll speak up. Could you tell us where the evidence is of the wholesale value of this software? Yes, Your Honor. And what it is? Yes, Your Honor. Your Honor, if I can start with the objection, because I think that a chronological view of this series of issues is. . . I hope I remember my question by the time you get to it. I will remember it, Your Honor. I hope I remember it. Okay. I asked you where and what the evidence was of the wholesale value. If you'd rather talk about something else first, go ahead. I will answer your question, Your Honor. Maybe you could help me later. The evidence is in the present report. It is the addendum to the present report. It's entitled Objections at the Top. And what is the page number on that? It's at the very back of the present report, Your Honor, and it does not have a specific page number to it, but it follows page 17 of the present report. I have here a letter from Mr. Lundy, and the next thing I see is victim impact business. Is that what we're talking about? No, Your Honor. At the back, after page 17 of the present report, there is a section entitled Objections. It says addendum to present report up at the top. Page 17. Okay. Objections by the government. There were no objections from the government, and then by the defendant. Right. In the second paragraph, the paragraph that starts out with the defendant objects to the reported calculations of loss to Microsoft, the defendant believes the court should use the fair market value of the cost of production to determine the loss amount rather than the wholesale value of the stolen merchandise. And then going down. I notice that there's no citation of authority for that statement. Was any given at the sentencing hearing as to why the cost of production? And I don't know if the cost of production would include overhead or not. No. The only evidence on the cost of production was from the defense counsel. The $6.11 figure, he said so. Well, there was testimony from Colleen Bracey during the trial that $6.11 was an internal accounting figure, but it's not the cost of production. And the court corrected the defense counsel on that issue during the sentencing hearing, and then counsel moved away from arguing that $6.11 figure. But in the second paragraph of the addendum, at the last sentence that starts out, the amount of loss calculated in the pre-sentence report was derived by assessing the whole. Where are you reading now? The addendum to the pre-sentence report, the second paragraph, last sentence, where it starts out with the amount of loss calculated. And the pre-sentence report writer states the amount of loss calculated in the pre-sentence report was derived by assessing the wholesale value of the merchandise stolen and or. Let's just step back a second. When an objection is made, if I have it right, we're instructed by Ameline in very clear language. However, when a defendant raises objections to the PSR, the district court is obligated to resolve the factual dispute and the government bears the burden of proof to establish factual predicate for the court's base offense level determination. The court may not simply rely on the factual statements in the PSR. Now, once the objection was made, which you pointed out, what evidence did the government use at the sentencing hearing to show the factual predicate for the statement in the PSR? The answer is there was no evidence, Your Honor. There was no reason for that answer. And that's what the evidence in the record that the government pointed to, to show what the factual predicate for the PSR statement was? The government relied on the victim's impact letter sent by Microsoft to the pre-sentence report writer. The victim's impact letter? Did Microsoft testify at the trial and subject itself to causal domination? No. This is all sentencing? I'm really confused now. This is sentencing. You had a sentence for pre-sentence report in which you used the figure of 3,000, which was what Microsoft said was their cost in their letter. Now, you are now – and that's what you relied on, and that's somewhere. And the district court, I assume, was aware of that. Okay. Now, I have a lot – the objection that you just – I just – I just kind of – I'm looking at the addendum, and I just lost where you were reading, so. It's the second paragraph, last sentence that starts with the amount of loss calculated in the pre-sentence. See, the sentence of this addendum, the last paragraph I have is that the pre-sentence report has not been changed in this regard or something. I'm not – I'm sorry, Your Honor. The second paragraph that starts out with the defendant objects to the report. Okay. Okay. And the last sentence. The last sentence. The pre-sentence report has been updated regarding the victim impact statement as new information has been received. So the defendant believes the court should use – the nature of the objection was that the defendant believes the court should use the fair market value or the cost of production to determine the loss amount rather than the wholesale value of the stolen merchandise. So as I read this, there was not an objection – this is what I'm not understanding – that they never said, you haven't shown that Microsoft's calculations are right. We think they're wrong. This is how they're wrong. Is that right? That's – yes. Is there a standard? Is that – If the court looks at ER-53, which is page 5 of the defense objections to the pre-sentence report, I think it will clear up the court's concern about this issue. At that page in the second paragraph that starts out, but there are at least three problems with the assertion and calculations. So this is where the defense sets out its exact objections to the pre-sentence report. And go ahead. What are they? The first is the pre-sentence report does not state the wholesale value of each copy or how it arrived at $700,000 – $500,000. So the exact objection that is made by the defense to this issue is that the pre-sentence report does not state the wholesale value. That's the objection. Well, it sounds like it calls on you to produce some evidence. Is the Microsoft letter in the file, in the excerpts, rather? It is attached to the – it was attached to the back of the pre-sentence report. Your Honor, if I can clarify that one issue. This objection was filed on September 22nd of 2005. So he's saying the pre-sentence report doesn't state the value of the wholesale value. The pre-sentence report then fixes that problem, which it's entitled to do. It then adds this addendum that I just talked about, which does state the wholesale value. That's the only objection. I see. So you're saying he said we don't know where they got the wholesale value, and in response, the probation officer staples the Microsoft letter that says it wholesales for $3,000-something? $3,179, and it does more than that. It adds the addendum, which says this is the wholesale value. We've now satisfied your objection. And so – Is it your position that that, without being subject to cross-examination or even foundational personal knowledge, since it's a sentencing matter, all rules of evidence are waived? They are waived. There are still due process issues, Your Honor. But it's our position that the objection states only you don't state what the wholesale value is. In the presentence report, in the addendum, that is fixed. At the sentencing hearing on October 7th, defense counsel comes out and doesn't raise that, and in fact says that's not what we're talking about. Right. They wanted 6 cents or something like that as the value. No, no, no. Not completely. They took two bites of the apple. They said fair market value or cost of production. Right? Isn't that what they said? Yes. Fair market value or cost of production, and that puts an issue of what fair market value was. Your Honor. Here it is. The defendant believes the court should use the fair market value or the cost of production. Now, as Judge Kleinfeld points out, the fair market value in a gray-to-black market might be more difficult. Your Honor, and specifically, I would like to point the court to ER 1050, where the defense is starting out. This is where the defense is starting out his initial argument. And he starts out with getting right to the issue of fair market value. And then he moves on to arguing what the fair market value should be. Should it be ER 1050, 1-0-5-0?  I was trial counsel, Your Honor. Mr. Naretil was defense counsel. Naretil was defense counsel? Yes. At line 24, he starts out with getting right to the issue of fair market value. I don't believe that $3,179 per copy is the fair market value of the software. And then he goes on to argue for two alternative fair market values, both of which the court rejects. But the significant part of this argument is that he doesn't argue that the software now fails to state what the wholesale value is. The two alternatives that he puts forward are the cost of production and what's the other? Fair market value. The other is that it should be based on what the gray market value is over the Internet. Which is what there would be, which is $800 or something like that? That's right. What is the, is that what the defendant sold him for? Is that what? The defendant sold him for $1,000 per copy. And the defense attorney was able to find them for as low as $800 per copy. Right. And that's retail. That's, yeah. Or gray market or whatever, yeah. It's gray market. This term gray market for stolen goods bothers me because perfectly legal cameras are sold on the gray market where they're exported to the U.S. to one distributor and the European distributor sends some surplus to the U.S. market. That's not stolen. We don't know how. I mean, the fact is we don't know how. Let me ask you about the Internet price. It looks to me as though it comes down to excerpt page 1105. And I looked at that and there are two people offering to sell the software for $949.95, $949.99 new. Now, I can think of, and then it says up at the top, it says list price $3,530. So I can think of two ways that that could come about. One is if it's stolen. And another is if somebody bought a bunch that they didn't need, so they're basically liquidating it at less than what they or their predecessor in title bought it for. And, gee, a lot of us have bought software it turned out we didn't need, and you sell it right in the shrink wrap. Is there any more evidence than this, the list price $3,530 and these two sellers at basically $950? Regarding the Internet price? Yes. Sure. Rob Steiner testified at trial. Rob Steiner works in a small Internet company in White Plains, New York. He testified that he bought from Frank Phillips for $1,000 a copy. You mean from the thief? Yeah, for $1,000 a copy. We don't know where the stuff on the Internet comes from. It could come from the Microsoft company. Buying from the thief strikes me as no evidence of fair market value at all because he didn't acquire title. That's what the defendant is. Okay. I'm confused. I mean, that's like me buying a $60 bottle of scotch for $10 out of the trunk of somebody's car because he says the case fell off the truck. It doesn't tell me what the fair market value is. It tells me what the unfair market value is. But this Court has said what the fair market value in United States v. Hardy, and in that case, which we cited in our brief, the Court has said the fair market value is what the victim gets. Is what? What the victim gets. If the victim gets it, that's the fair market value. Okay. Let me ask this in a different way. The victim here is Microsoft. Right. This guy worked for Microsoft and he took the software and then he sold it directly to people who were on eBay, I guess, to people, which doesn't seem very bright. But he sold it on eBay and then he pocketed the whatever $1,000 was. Now, Microsoft says that he's using the cost that it says they lost as the victim. They lost the amount that they would get when they sold it to a distributor, that is to the wholesaler, right? Right. Now, who are those wholesalers? Who are the distributors that we're talking about? They're not customers on eBay, are they? No. Or on Amazon.com. They're businesses who sell this stuff. That's right. And the only evidence on what the distributors paid to Microsoft was $31.97. True? Yes. Which is what Microsoft said in its statement. Yes. And then when that eventually you're saying that after there was an objection to that based on there should be these other standards that the district court rejected that and there was no objection to the nature of the proof of what Microsoft's loss was. That's right. Because Microsoft presumably would be in the business. Right. I noticed that one of these sellers on the net had the amusing name Rob's Us. I assume a big company like Microsoft checks these things out. And was there any evidence of who these two sellers for $950 are? Like is one of them a thief who robbed us? There was no evidence on that matter. And I don't know where that particular person came from. But I do know Rob Steiner's testimony at trial was that he sold software, computers, shavers, cutlery, and anything he could get his hands on. So there's a lot of stuff out there. And where this particular stuff came from, I don't know. I couldn't hear your last few words. Where this particular software came from, I don't know. But I do know that Rob Steiner made it clear that he got anything that he could get and he sold it. And that's all he cared about. Unless the Court has additional questions for the government, I have nothing further. I don't think so. Thank you. Briefly, I'll respond to that. If what the question has developed is that the price one has to look at is what the victim was deprived of, then why isn't fair market value, however you define market value, or cost of production totally irrelevant? Your Honor, I believe that the arguments that were that have been raised on appeal is that proper wholesale value, whatever Microsoft actually receives, if there's sufficient proof of that, would have been an appropriate determination. I don't dispute that. The defense counsel can certainly be free to argue those other and may have valid concerns for doing so and reasons, but I could not stand before you and say it would be error for the Court to find a legitimate wholesale value as the loss amount. My argument is that the $3,179 is not a supported, provable wholesale value that Microsoft receives. Why doesn't your own evidence support something close to that, this Internet sheet that you put in at page 1105? It shows that the list price is $3,530. Again, Your Honor, that doesn't say what Microsoft is receiving. And I would like to clarify, Your Honor, one question you had as to whether the defense ever objected again after this letter came in and the statement, and the fact is that yes, they did. Where? Because the, first of all, in the initial objections that were filed. To the 3,000 amount as the proper calculation of Microsoft's loss. In the initial objections at ER-49, initially Mr. Phillips says the loss. ER-49? ER-49 is the first place I would like you to note. The loss admitted by Microsoft is a fraction of the value that this overstates the actual loss to Microsoft. And. What were you arguing was the loss? I wasn't the one making the argument. Defense counsel was arguing that. Well, I mean, you were inside. Given that there was no viable evidence of wholesale price, that the loss should then fall to what it could sell for, what he received, or the cost, that there are alternatives when there's not sufficient evidence, that those are the kinds of cases that the guidelines would anticipate going outside of the wholesale  Where is the word sufficient evidence? When there's no reliable evidence, that if you can't reliably determine what the wholesale value is, then the court, I believe, has authority. Did you say that this is hearsay? I mean, I don't understand quite what. I believe that there's no, even under the preponderance of the evidence standard, there is no sufficient evidence that this is the wholesale value. Well, I don't know what that means under, what is it, Rule 1105? Around there in the rules of evidence. It says that the rules of evidence don't apply to sentencing. Instead, there just has to be some reasonable trustworthiness or reasonable guarantee of trustworthiness, something like that. And the cases say that, too. And under that standard, I don't see why Microsoft's letter isn't evidence. And some of these other things are evidence. For example, the fact that a thief sells it for $1,000 to me is evidence that the people were willing to pay a thief who can't show good title, $1,000. They must be willing to pay somebody who can show good title more. They get more. They get good title. The copies of the software that this person testifying to, that they received, were actually software with the license intact, with the user license. And the fact is that you can't give good title. That doesn't mean it's good title.  But none of that still gives us any actual evidence of what Microsoft was receiving. Kagan. Well, counsel, let me ask you this, because your time has expired and we've helped you use it. But what do you want us to do now? With regard to the ---- Suppose that we were ---- you say that there wasn't sufficient proof that this is $3,000. What do you want us to do? Send it back for an evidentiary hearing and let them come in with ---- I believe that this should be remanded for resentencing. Yes. I believe that there's insufficient evidence to show what the wholesale value was, that that is the proper calculation that should have been used. And absent sufficient evidence of that, that it should be returned for resentencing. I would also like to point you out, ER 1053 in the transcript of sentencing, Mr. Phillips' attorney specifically says Microsoft ---- he continues his objection to this 3179 figure stating Microsoft is not receiving $3,000 for these copies. And nobody ---- That was the position taken by the defense. And there was nothing to refute it. That was the position taken by the defense. But what's the ---- I mean, I'm talking about evidence. Where's the evidence of that? I don't ---- I think the people that can ---- the only people that can bring us that evidence is Microsoft itself. When you say resentencing, you want this to go back for an evidentiary hearing on the question of what ---- how much Microsoft sells this for? I believe that would be appropriate. I don't believe the sentence is reasonable. And so I believe that it should be remanded. Ultimately, I would ---- my request is that the conviction be vacated. But with regard to the sentencing issue alone, I do believe that new sentencing is required because this is not sufficient. I'm sorry. I'm not being very clear. If I'm trying to write a mandate for the district court, what do I tell the ---- what is wrong? What did the district court do wrong here? Should it have a ---- should it just impose ---- should it say, okay, based upon what we have, the value is 6 cents a copy? Or is it ---- or are you saying that it should have a whole hearing, new sentencing hearing with evidence to show what the ---- what the retail distributor value is? I don't think we can conclude from the myriad of different prices thrown about at this sentencing what court ---- what the court should, in fact, use. If ---- I think that it should go back for a hearing that the government can show some evidence from Microsoft, if they're willing to come forward and open their books, which they rarely are, to show what their wholesale value is, then maybe we would have something reliable to count on. But in fact, we don't have any of that here and the government didn't meet its burden. I would like to respond briefly, Your Honor, because you asked about the Microsoft letter and the record. And we received a call from the court asking for a copy of the victim impact letter. I was not trial counsel. When I obtained the probation report from the probation officer, those attachments were not included, so I was not aware that was part of the record. And so it has been sent to the court, but it's not numbered. And so I believe you would have access to it. It was faxed by probation directly. But it was not in my numbered E.R. I just wanted to clarify that was why. Okay. Well, let me make sure I understand this. Counsel for the government, where is the victim impact statement report? Is it actually in the numbered part? Yes. There was a memo that refers to it, and then there was a report by the probation officer. Because I didn't have it provided to me by probation initially. Oh, you're not saying they didn't give it to you. You're saying you didn't happen to have it easily available. You were putting the record together. I was not trial counsel. Look, I don't care if it's you or your predecessor. I mean the defense. No, I'm not suggesting that Mr. Phillips didn't have access to it initially. But it was not. It didn't end up getting to the file it got to me. And therefore, when I asked probation for the full report, I didn't receive those attachments. And they were referenced, but they weren't attached. So I assume they didn't actually go to the court and weren't part of the record. There's no way for us to go to the judge and see what's in the file. I didn't make myself clear. Did the government give the judge the Microsoft letter, but he didn't let the defense see it? No, I'm not suggesting that at all, Your Honor. The government, the letter came from the government to defense counsel. I was not aware that probation submitted it to the court. And so it wasn't part of the actual record until probation responded to a request that later when the court called and said, was this part of the record? And we determined that, in fact, they then said, yes, we did send it. So it was there. Could I have a citation to the Microsoft letter? I'm sorry. I couldn't hear you. Could I please have a citation by number to the Microsoft record in the excerpt of record? To the Microsoft? Letter saying 3196. That's what I was just trying to explain, Your Honor, that it's not in the numbered excerpt. Oh, it's not? It was just faxed to the court recently because it was just determined that it was part of the record. We believed only the reference to it. Where would we find it? Counsel for the government, where do we go to find it? We understood that they were going to be providing it to the panel based on communications with them. Okay. Thank you.
judges: Schroeder, Kleinfeld, Bea